Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff Sinoriches Global Limited
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 329-0120
Facsimile:    (646) 328-0121
William R. Bennett, III  (WB 1383)
wbennett@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SINORICHES GLOBAL LIMITED,

           Plaintiff,

   - against -

NEW OCEAN SHIPPING CO., LTD.,
MULTILOGISTICS SRL, and
ARO STEEL SRL,

           Defendants.
-----------------------------------------------------------X

07 Civ 05779

**7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which own 10 percent or more of said parties' stock: NONE.

Dated: New York, New York
      June 18, 2007

                                        Bennett, Giuliano, McDonnell & Perrone, LLP
                                        Attorneys for Plaintiffs

                                        _____
                                        William R. Bennett, III  (WRB 1328)