JUDGE HOLWELL

07 CV 5779

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff Sinoriches Global Limited
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:    (646) 329-0120
Facsimile:    (646) 328-0121
William R. Bennett, III  (WB 1383)
wbennett@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SINORICHES GLOBAL LIMITED,                            07-CIV-

                              Plaintiff,

          - against -                                **EX PARTE ORDER FOR**
                                                     **PROCESS OF MARITIME**
NEW OCEAN SHIPPING CO., LTD.,                        **ATTACHMENT AND**
MULTILOGISTICS SRL, and                              **APPOINTMENT TO**
ARO STEEL SRL,                                       **SERVE PROCESS**

                              Defendants.

-------------------------------------------------------------X

_____, District Judge:

On June 19, 2007, Plaintiff filed a Verified Complaint seeking damages of

$706,962.00 arising from Defendants' repudiation of a maritime contract commonly known as

a charter party.  That same day, Plaintiff also moved for the Court to issue, *ex parte*, Process of

Maritime Attachment and Garnishment ("Process") under Rule B of the Supplemental Rules

for Certain Admiralty Claims.  The Process would command the U.S. Marshal or other

designated process server to attach any and all of the Defendants' property within this District,

up to the amount of Plaintiff's claim under the charterparty.  The Court has reviewed the

Verified Complaint and the supporting affidavit of William R. Bennett, III, and finds that the

requirements of Rule B appear to be satisfied.

Plaintiff also sought to appoint Mr. Bennett, or any other person appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, counsel for Plaintiff, to serve Process in this matter. The Court has reviewed Mr. Bennett's affidavit and found that the appointment would result in substantial economics in time and expense, and signed an Order of Appointment.

Accordingly, it is hereby

ORDERED that Process under Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims shall issue against Defendants' assets in this district consisting of cash, funds, freight, and hire credits in the hands of BNP Baribas, Fortis Bank, JP Morgan Chase, Deutsche bank, HSBC (USA) Bank, Doha Bank, American Express Bank, Citibank, and/or other New York City banks and financial institutions, in an amount up to and including $706,962.00. Subsequent supplemental service may be made by fax or email on the garnishing banks and financial institutions. It is further

ORDERED that any person claiming an interest in the property attached or garnished pursuant to this order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted. It is further

ORDERED that supplemental process enforcing this Order may be issued by the Clerk upon application without further order of the Court. It is further

ORDERED that a copy of this Order be attached to and served with the Process.

Dated: June _19_, 2007
New York, New York

A CERTIFIED COPY
J. MICHAEL McMAHON,        **CLERK**

BY _____
        DEPUTY CLERK
Z:\Documents\All Files\D670/Pleadings\ExParteOrder-061507.doc

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

2