**07 CV 5779**

JUDGE HOLWELL

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff Sinoriches Global Limited
225 West 34th Street, Suite 402
New York, New York 10122
Telephone: (646) 329-0120
Facsimile: (646) 328-0121
William R. Bennett, III (WB 1383)
wbennett@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SINORICHES GLOBAL LIMITED,                                  07-CIV-

           Plaintiff,

  - against -                                              **ORDER FOR APPOINTMENT**
                                                            **TO SERVE PROCESS OF**
NEW OCEAN SHIPPING CO., LTD.,                               **MARITIME ATTACHMENT**
MULTILOGISTICS SRL, and                                     **AND GARNISHMENT**
ARO STEEL SRL,

           Defendants.
------------------------------------------------------------X

    Plaintiff having moved for an Order pursuant to Fed. R. Cic. P. Rule 4(c) appointing William R. Bennett, III or any other person appointed by Bennett, Giuliano McDonnell & Perrone, LLP, to serve process of attachment and garnishment in this matter, and it appearing from the affidavit of William R. Bennett, III, Esq., that such appointment will result in substantial economies in time and expense,

    **NOW,** on motion of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for plaintiff, it is

    **ORDERED** that William R. Bennett, III or any other person at least 18 years of age and not a party to this action, appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be and hereby is appointed to serve process of attachment and garnishment in this matter.

Dated: New York, New York
      June 18, 2007

*[signature]*
U.S.D.C.J.
6/18/07

Z:\Documents\All Files\D670 MV MICRO\Pleadings\OrdApptSrvProcMrtmAtchmtGrnmt-061507.doc

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK
BY *[signature]*
DEPUTY CLERK