

Michael J. Walsh (6578)
Keith W. Heard (8578)
Burke & Parsons
100 Park Avenue
New York, NY 10017-5533
Tel: (212) 354-3800
Fax: (212) 221-1432

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SINORICHES GLOBAL LIMITED,<br><br>                                       **Plaintiff**,<br><br>v.<br><br>NEW OCEAN SHIPPING CO. LTD.,<br>MULTILOGISTICS SRL, and<br>ARO STEEL SRL<br><br>                                     **Defendants**. | 07 Cv. 5779<br>05 Civ 7955 (RJH)<br><br>**ORDER TO SHOW CAUSE**<br><br>**Electronically Filed** |

The Court having issued an *Ex Parte* Order for Process of Maritime Attachment dated June 19, 2007 against the assets of Defendant, Multilogistic Srl (erroneously sued herein as "Multilogistics Srl"), as per Exhibit 1 attached hereto;

*NOW*, upon the Declarations of Simone Guardiano dated August 9, 2007, Antonio Oppicelli dated August 7, 2007 and the supporting Memorandum of Law, pursuant to Supplemental Admiralty Rule E(4)(f) of the Federal Rules of Civil Procedure, it is

**ORDERED** that Plaintiff show cause before the Honorable Richard J. Holwell, United States District Judge in Room 17B on the __15th__ day of August, 2007, at __3__ o'clock in the fore/afternoon why an Order should not be entered, pursuant to Supplemental Admiralty Rule E(4)(f) of the Federal Rules of Civil Procedure vacating the aforementioned *Ex Parte* Order for Process of Maritime Attachment against the assets of Defendant, Multilogistic Srl, and otherwise dismissing the Verified Complaint against Multilogistic Srl because the Verified Complaint fails to state a cause of action against said Defendant pursuant to Rule 12(b)(6) and for lack of personal jurisdiction pursuant to Rule 12(b)(2).

**ORDERED** that a copy of this Order to Show Cause and all supporting papers shall be served by means of personal service on Plaintiff's counsel on or before 5:00 pm of August __13__, 2007.

No prior application has been made for the relief sought herein or for similar relief.

Dated:   New York, NY
         August __13__, 2007

SO ORDERED

_____
RICHARD J. HOLWELL, U.S.D.J.

O:\CM\9011_MUL\BP_Doc\0005.doc