Michael J. Walsh (6578)
Keith W. Heard (8578)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
Tel:  212 354 3800
Fax:  212 221 1432

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SINORICHES GLOBAL LIMITED,** | 07-Civ-5779 (RJH) |
| Plaintiff, | **Electronically Filed** |
| v. | |
| **NEW OCEAN SHIPPING CO. LTD.,** **MULTILOGISTICS SRL, and** **ARO STEEL SRL** | **FED.R. CIV. P. §7.1** **STATEMENT** |
| **Defendants.** | |

   Pursuant to Fed.R. Civ. P. § 7.1(a), the undersigned attorney of record for Defendant, Multilogistic Srl states on information and belief that Defendant has no corporate parents, subsidiaries, or affiliates that are publicly traded in the United States.

Dated:    August 13, 2007
          New York NY

                              BURKE & PARSONS
                              Attorneys for Defendant
                              MULTILOGISTIC Srl


                              By    s/Michael J. Walsh
                                    Michael J. Walsh (6578)
                                    100 Park Avenue
                                    New York NY  10017-5533
                                    (212 )354-3800

O:\CM\9011_MUL\BP_Doc\0008.doc