Michael J. Walsh (6578)
Keith W. Heard (8578)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
Tel:  212 354 3800
Fax:  212 221 1432

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SINORICHES GLOBAL LIMITED,**<br><br>                                      **Plaintiff,**<br><br>v.<br><br>**NEW OCEAN SHIPPING CO. LTD.,**<br>**MULTILOGISTICS SRL, and**<br>**ARO STEEL SRL**<br><br>**Defendants.** | 07-Civ-5779 (RJH)<br><br>**Electronically Filed**<br><br><br><br>NOTICE OF RESTRICTED<br>APPEARANCE |

    Pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Defendant Multilogistic, Srl hereby makes its restricted appearance to defend its interests in this action through the undersigned attorneys, and reserves its right to file its responses to the allegations set forth in the Verified Complaint by appropriate motion or answer.

Dated:    August 13, 2007
               New York NY

                                       BURKE & PARSONS
                                       Attorneys for Defendant
                                       MULTILOGISTIC Srl


                              By    s/Michael J. Walsh
                                     Michael J. Walsh (6578)
                                     100 Park Avenue
                                     New York NY  10017-5533
                                     (212 )354-3800