UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SINORICHES GLOBAL LIMITED,

                Plaintiff,

    - against -

NEW OCEAN SHIPPING CO., LTD., et al.,

               Defendants.

------------------------------------------------------------x

07 Civ. 5779 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07

        As stated on the record at the hearing held on August 15, 2007 at 3:00 p.m. in the Courtroom of the Hon. Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007, the Court hereby vacates its Order of Attachment **[3]**, dated June 19, 2007, as to defendant Multilogistic SRL *only*.

SO ORDERED.

Dated: New York, New York
         August 16, 2007

                                                      Richard J. Holwell
                                                  United States District Judge